**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 04-1365

———————————

DORA ADKINS,

                                    Plaintiff - Appellant,

        versus

FAIRFAX COUNTY BOARD OF EDUCATION,

                                    Defendant - Appellee.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Gerald Bruce Lee, District Judge.  (CA-03-1177-A)

———————————

Submitted:  June 18, 2004          Decided:  August 24, 2004

———————————

Before MICHAEL, MOTZ, and KING, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Dora Adkins, Appellant Pro Se.  Jill Marie Dennis, HUNTON & WILLIAMS, McLean, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Dora Adkins appeals from the district court's order granting Defendant's motion to dismiss her complaint pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17 (2000), and the Americans with Disabilities Act, 42 U.S.C. §§ 12101-12213 (2000), alleging retaliation and discrimination based on her race (African-American) and her disability (back impairment). We have reviewed the record and find no reversible error. Accordingly, we affirm substantially on the reasoning of the district court.[*] See Adkins v. Fairfax County Bd. of Educ., No. CA-03-1177-A (E.D. Va. filed Mar. 3, 2004 & entered Mar. 5, 2004). We deny Adkins's motion to place the case under seal as unwarranted and deny as moot her motion to expedite the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*]We decline to review those claims not presented before the Equal Employment Opportunity Commission. See Dennis v. County of Fairfax, 55 F.3d 151, 156 (4th Cir. 1995).